Adam P. Segal, Esq.
Nevada Bar No. 6120
Dana B. Krulewitz, Esq.
Nevada Bar No. 11180
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>ELITE EXPO SERVICES, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:10-cv-00778-RLH-RJJ<br><br>**ORDER OF DEFAULT JUDGMENT AGAINST ELITE EXPO SERVICES, INC.** |

Before the Court is Plaintiffs', Trustees of the Teamsters Local 631 Security Fund for Southern Nevada ("Security Fund"), Application for Default Judgment against Defendant Elite Expo Services, Inc. ("Elite Expo"). Default has been entered against Elite Expo, and the Court having reviewed the documents on file in this case and being fully advised:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Elite Expo in the amount of $33,854.12, representing delinquent contributions,

///
///
///
///

20036\108\1467548.1

1

liquidated damages, interest, administrative fees, attorney fees and costs, costs to execute on the judgment and court costs to the Security Fund.

DATED this 6th day of December, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

    /s/ Dana Krulewitz
_____
Adam P. Segal, Esq., Nevada Bar No. 6120
Dana B. Krulewitz, Esq., Nevada Bar No. 11180
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiff*